IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    2014 THOR MAJESTIC 28A MOTORHOME 1FDXE4FS2DDA31230,

    Defendant.
_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), states:

## JURISDICTION AND VENUE

1.    The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881(a)(4), seeking forfeiture of defendant property based upon violations of 21 U.S.C. § 801 *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.    Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as the defendant property is located, and the acts described herein occurred, in the District of Colorado.

## DEFENDANT PROPERTY

3.    2014 Thor Majestic 28A Motorhome 1FDXE4FS2DDA31230, ("defendant Motorhome") seized from Rostyslav Vinarov on December 13, 2018, and currently in the

1

custody of the United States Marshal Service.

## FACTUAL BASIS FOR FORFEITURE

4.     On December 13, 2018, Colorado State Patrol (CSP) conducted a traffic stop on defendant Motorhome.

5.     When the traffic stop occurred, Rostyslav Vinarov was sitting in the driver's seat of defendant Motorhome. The CSP officer asked Vinarov for his license, registration, and proof of insurance. Vinarov agreed and fumbled to find the paperwork. The officer noticed that Vinarov seemed nervous and had a hard time finding some of the documents.

6.     The officer talked to Vinarov while he was looking for his documentation. The officer asked Vinarov if defendant Motorhome was a new purchase, and Vinarov answered yes. The officer asked to see the title of the defendant Motorhome and Vinarov provided it to him.

7.     While the officer was waiting for Vinarov to locate his vehicle information, a male voice began speaking to Vinarov from behind a curtain that separated the cab of defendant Motorhome from the living quarters in the back. The voice belonged to Aleksandr Kon.

8.     The CSP officer walked back to his patrol vehicle with the title to run a check on defendant Motorhome. The officer compared the mileage on the title to the current mileage and determined that approximately thirty thousand miles had accumulated on the vehicle in the three months since Vinarov had purchased it.

9.     The CSP officer returned to defendant Motorhome and asked Vinarov and Kon to step out of the vehicle and wait off to the side of the road. The officer asked Vinarov if there were any drugs inside the motorhome or if there were any large amounts

of currency, and Vinarov said no.

10. The CSP officer asked Vinarov if he consented to a search of the vehicle, but Vinarov denied consent. The CSP officer returned to his patrol vehicle to get his K9 and conduct and open-air sniff. The K9 alerted to the odor of narcotics at the rear of defendant Motorhome.

11. When agents searched of the vehicle, they found twelve duffel bags in the back of defendant Motorhome. The duffel bags were filled with vacuum-sealed bags containing approximately 390 pounds of marijuana in total.

12. Officers also discovered $2,620.00 in United States currency rubber banded in a leather bag in the back of the vehicle.

13. Vinarov was charged in Mesa County with Possession of Over 50 Pounds of Marijuana with Intent to Distribute, 2018CR2452.

14. Kon was also was charged in Mesa County with Possession of Over 50 Pounds of Marijuana with Intent to Distribute, 2018CR2450.

15. The defendant Motorhome was purchased from Cruise America in Las Vegas, Nevada by Vinarov on July 14, 2018, for a total price of $29,681.75, which was paid in cash.

16. On September 24, 2018, Vinarov obtained a Florida title and Florida vehicle registration plate – KMFT11, with an address of 6790 NW 196th Street, Apartment 502, Hialeah, Florida for the defendant Motorhome. Vinarov had a California driver's license with an address of 3751 Scadlock Lane, Sherman Oaks, California.

VERIFICATION OF KEVIN DOHENY
SPECIAL AGEN DRUG ENFORCEMENT ADMINISTRATION

I, Special Agent Kevin Doheny, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

*Kevin Doheny* [signature]
Kevin Doheny
Special Agent – DEA

STATE OF COLORADO       )
                        ) ss
COUNTY OF DENVER        )

The foregoing was acknowledged before me this 14th day of ~~April~~ May, Special Agent, Drug Enforcement Administration.

*Cynthia A. Lambert* [signature]
Notary Public - Colorado
My Commission Expires:

CYNTHIA A. LAMBERT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #20114013264
My Commission Expires March 3, 2023

4

## **FIRST CLAIM FOR RELIEF**

17. The Plaintiff repeats and incorporates by reference the paragraphs above.

18. By the foregoing and other acts, defendant Thor Majestic Motorhome constitutes a vehicle used or intended to be used to transport or facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, and is therefore forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(4).

DATED this 16th day of May, 2019.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By: *s/ Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0402
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for Plaintiff*